Berríos, Appellee, v. López, Appellant.

First District Court of San Juan.

No. 2591.—Decided January 24, 1922.

The appellee moved for dismissal of an appeal from an order of October 6, 1921, amending the statement of the case. The record showing that the transcript was brought up on the day before the motion was made, the motion should be overruled.—Mr. Chief Justice Del Toro delivered the opinion of the court.

---

Gaztambide, Appellee, v. Flores, Appellant.

District Court of San Juan, Section 1.

No. 2519.—Decided January 31, 1922.

The fact that the statement of the case is pending approval is not sufficient to overcome a motion for dismissal of an appeal taken five years before and in which the transcript has not been filed and the appellant has not sought its approval.—*Appeal dismissed.*—Mr. Chief Justice Del Toro delivered the opinion of the court.